UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re Vasel Balbona

                              Debtor

CHAPTER 13
CASE NO. 25-22474-cgm

-----------------------------------------------------------------X

## MOTION TO VOLUNTARILY DISMISS CASE

Debtor, Vasel Balbona hereby moves this Court for an Order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and in support, states as follows:

1. The above captioned case was filed on May 29, 2025 by the filing of a voluntary petition and has not been converted under 11 U.S. Code § 706, §1112 or §1208.

2. There is no Order on any motion for relief from, annulment or conditioning of the automatic stay in this case and one motion filed by a creditor will be rendered moot by the dismissal of this bankruptcy case in that the creditor will have no constraint on proceeding against debtor.

3. Debtor has not made any agreements or arrangements with any creditor or other person in connection with this request for dismissal.

WHEREFORE, for the above and foregoing reasons debtor, Vasel Balbona, respectfully requests that the Court dismiss the above-captioned proceedings without prejudice should the debtor wish to file a petition in the future, and for any other relief that is proper under the circumstances.

Dated: Westchester, New York
        June 21, 2025

Debtor:

*/s/ Vasel Balbona*
Vasel Balbona

*/s/ Paul Rachmuth*
Law Office of Edward Bronson
Paul Rachmuth (PR1566), of counsel
1275 Fairhills Drive
Ossining, NY 10562
516-330-0170
paul@paresq.com