UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

VASEL BALBONA,

Debtor

CHAPTER 13

CASE NO. 25-22474-cgm

ORDER GRANTING MOTION TO DISMISS

Debtor, having moved to voluntarily dismiss Debtor's Chapter 13 case on July 20, 2025, the motion is GRANTED and the case is hereby DISMISSED.



**Dated: July 24, 2025**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**